# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>Defendants. | **Civil Action No. 6:16-cv-363** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>Defendants. | **Civil Action No. 6:16-cv-364** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br>Defendants. | **Civil Action No. 6:16-cv-365** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br>Defendants. | **Civil Action No. 6:16-cv-375** |

## JOINT NOTICE DESIGNATING DOCKET ENTRIES

Initial Orders in each of the above-captioned actions instructed the Clerk to docket the operative Complaints and ordered the parties to notify the Court of the "documents they will designate to be carried over and docketed" from the original cases in which claims involving the severed '8923 patent were brought.

Further to the Court's Order, the parties designate the following additional filings to be docketed in the new cases[1]:

### To Civil Action No. 6:16-cv-363 (from Civil Action No. 6:13-cv-507)

Dkt No. 6 (CCE Corporate Disclosure Statement)

Dkt No. 45 (T-Mobile Corporate Disclosure Statement)

Dkt No. 49 (Sprint Corporate Disclosure Statement)

Dkt No. 50 (HTC Corporate Disclosure Statement)

Dkt No. 51 (Verizon Corporate Disclosure Statement)

Dkt No. 52 (AT&T Corporate Disclosure Statement)

Dkt No. 284 (Verizon Corporate Disclosure Statement)

Dkt No 310 (Agreed Protective Order)

Dkt No. 363 (Memorandum Opinion and Order on Claim Construction)

Dkt No. 413 (Memorandum Opinion and Order on Claim Construction)

Dkt No. 502 (AT&T Answer)

Dkt No. 503 (HTC Answer and Counterclaims)

Dkt No. 504 (T-Mobile Answer)

---

[1] Civil Action No. 6:14-cv-759 is stayed while CCE and Samsung finalize their settlement.  *See* Dkt No. 223.  For this reason, the parties to Civil Action No. 6:14-cv-759 are not designating documents for filing in Civil Action No. 6:16-cv-364.  The parties expect to dismiss Civil Action No. 6:16-cv-364 concurrently with Civil Action No. 6:14-cv-759.

Dkt No. 512 (CCE Reply to Counterclaims)

Dkt No. 561 (Sprint Answer)

Dkt No. 564 (Verizon Answer)


**To Civil Action No. 6:16-cv-365 (from Civil Action No. 6:13-cv-508)**

Dkt. No. 51 (LG Corporate Disclosure Statement)

Dkt No. 92* (Agreed Protective Order **from consolidated Civil Action No. 6:14-cv-982**)

Dkt No. 85 (Sprint Answer)

Dkt No. 87 (LG Answer and Counterclaims)

Dkt No. 88 (Verizon Answer)

Dkt No. 89 (T-Mobile Answer)

Dkt No. 90 (AT&T Answer)

Dkt No. 92 (CCE Reply to Counterclaims)


**To Civil Action No. 6:16-cv-375 (from Civil Action No. 6:13-cv-511)**

Dkt. No. 52 (ZTE Corporate Disclosure Statement)

Dkt No. 310* (Agreed Protective Order **from consolidated Civil Action No. 6:13-cv-507**)

Dkt No. 91 (AT&T Answer)

Dkt No. 92 (ZTE Answer and Counterclaims)

Dkt No. 93 (T-Mobile Answer)

Dkt No. 94 (CCE Reply to Counterclaims)

Dkt No. 98 (Sprint Answer)

Dkt No. 99 (Verizon Answer)

Dated: April 25, 2016                                    Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas State Bar No. 24069489<br>NELSON BUMGARDNER PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone:  (817) 377-9111<br>Fax:  (817) 377-3485<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Ward & Smith Law Firm<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR**<br>**COMMUNICATIONS EQUIPMENT LLC** | */s/ Nicole S. Cunningham*<br>Nicole S. Cunningham<br>CA State Bar No. 234390<br>Callie M. Bjurstrom<br>CA State Bar No. 137816<br>Steve A. Moore<br>CA State Bar No. 232114<br>PILLSBURY WINTHROP SHAW PITTMAN<br>LLP<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 544-3119<br>(619) 236-1995 (fax)<br>Nicole.Cunningham@PillsburyLaw.com<br>Callie.Bjurstrom@PillsburyLaw.com<br>Steve.Moore@PillsburyLaw.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**HTC CORPORATION, HTC AMERICA**<br>**INC., ZTE CORPORATION, ZTE (USA),**<br>**INC., AND ZTE SOLUTIONS, INC.** |
| */s/ Christopher W. Kennerly*<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>chriskennerly@paulhastings.com<br>Jonas P. Herrell<br>CA Bar No. 279075<br>jonasherrell@paulhastings.com<br>PAUL HASTINGS LLP | */s/ Michael E. Jones*<br>Kevin Johnson<br>kevinjohnson@quinnemanuel.com<br>Victoria Maroulis<br>victoriamaroulis@quinnemanuel.com<br>Ray Zado<br>rayzado@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &** |

| | |
|---|---|
| 1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Jeffrey D. Comeau<br>CA Bar No. 259679<br>jeffreycomeau@paulhastings.com<br>PAUL HASTINGS LLP<br>4747 Executive Drive<br>Twelfth Floor<br>San Diego, CA 92121-3114<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Trey Yarbrough<br>TX Bar No. 22133500<br>trey@yw-lawfirm.com<br>YARBROUGH WILCOX, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, Texas 75702<br>Telephone (903) 595-3111<br>Facsimile (903) 595-019<br><br>**ATTORNEYS FOR<br>AT&T MOBILITY LLC** | **SULLIVAN LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>Marissa Ducca<br>marissaducca@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN LLP**<br>777 6th Street NW, 11th Floor<br>Washington, D.C. 20009<br>Tel:202-538-8109<br>Fax: 202-538-8100<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>**ATTORNEYS FOR<br>SAMSUNG ELECTRONICS CO., LTD.<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.** |
| */s/ Robert W. Weber*<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Tele: (903) 223-5656<br>Fax: (903) 223-5652<br>Email: bweber@smithweber.com<br><br>and | */s/ Jamie B. Beaber*<br>Jamie B. Beaber (D.C. Bar No. 484186)<br>Kfir B. Levy (D.C. Bar No. 989212)<br>Michael W. Maas (D.C. Bar No. 493685)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>klevy@mayerbrown.com<br>mmaas@mayerbrown.com |

Mark W. McGrory (pro hac vice)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
Tel: (816) 471-7700
Fax: (816) 471-2221
Email: MarkM@rhgm.com

**ATTORNEYS FOR SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC**

Robert G. Pluta (IL Bar No. 6278255)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
rpluta@mayerbrown.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON P.C.
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**

*/s/ Zachary T. Elsea*
John C. Hueston (Pro Hac Vice)
Douglas J. Dixon (Pro Hac Vice)
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 226-6741
DDixon@hueston.com
JHueston@hueston.com

Alexander C.D. Giza (Admitted E.D. Tex.)
Zachary T. Elsea (Pro Hac Vice)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
agiza@hueston.com

Melissa R. Smith

*/s/ Sarah J. Kalemeris*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Patrick C. Clutter, IV
State Bar No. 24036374
patrickclutter@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Thomas M. Dunham
D.C. Bar No. 448407
tdunham@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817

| | |
|---|---|
| State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR T-MOBILE USA, INC.<br>AND T-MOBILE US, INC.** | Tel: (202) 282-5000<br>Fax: (202) 282-5100<br><br>Sarah J. Kalemeris<br>Illinois State Bar No. 6303644<br>skalemeris@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>Fax: (312) 558-5700<br><br>**ATTORNEYS FOR DEFENDANT<br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS** |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on April 25, 2016 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*