IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    *Plaintiff*<br><br>vs.<br><br>LG ELECTRONICS, INC. *et al.*,<br><br>    *Defendants.* | CIVIL ACTION NO. 6:13-CV-508-LED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 Defendant LG Electronics, Inc. and LG Electronics U.S.A., Inc. respectfully submit this Corporate Disclosure Statement.

LG Electronics, Inc. is a publicly held corporation. It is owned in part by LG Corporation a publicly held Korean corporation and Korean holding company. LG Corporation owns 10 percent or more of LG Electronics, Inc.'s stock. LG Electronics U.S.A., Inc. is a wholly-owned subsidiary of LG Electronics, Inc.

Dated: October 15, 2013

Respectfully submitted by,

By: */s/ Jamie B. Beaber (w/permission by Allen F. Gardner)*
Jamie B. Beaber (D.C. Bar No. 484186)
Kfir B. Levy (D.C. Bar No. 989212)
Harry Hyunho Park (D.C. Bar No. 1001724)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-6286
Facsimile: (202) 429-3902
jbeaber@steptoe.com
klevy@steptoe.com
hpark@steptoe.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON P.C.
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

***Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 15, 2013.

*/s/ Allen F. Gardner*