## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC.,<br>LG ELECTRONICS U.S.A., INC.,<br>AT&T MOBILITY LLC,<br>CELLCO PARTNERSHIP INC. D/B/A<br>VERIZON WIRELESS,<br>SPRINT SOLUTIONS, INC.,<br>SPRINT SPECTRUM L.P.,<br>BOOST MOBILE, LLC,<br>T-MOBILE USA, INC., and<br>T-MOBILE US, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:16-cv-365-KNM<br>SEVERED FROM<br>CIVIL ACTION NO. 6:13-cv-508<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal pertaining to Civil Action No. 6:16-cv-365.  Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Civil Action No. 6:16-cv-365 is DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

## So ORDERED and SIGNED this

**Aug 8, 2016**

_____

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE